IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| VTRAX TECHNOLOGIES LICENSING, INC. | ) |
| | ) |
| Plaintiff, | )  C.A. No. 9:11-CV-80124-MARRA |
| | ) |
| v. | ) |
| | )  **JURY TRIAL DEMANDED** |
| SALESFORCE.COM, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF RELATED OR SIMILAR ACTIONS**

Plaintiff, vTRAX Technologies Licensing, Inc. ("vTRAX"), pursuant to Local Rule 3.8, hereby files this Notice of Related or Similar Actions. vTRAX submits that the instant action and the previously-filed *vTRAX Technologies Licensing, Inc. v. Siemens Communications, Inc., et al.*, Civil Action No. 9:10-CV-80369-KLR (S.D. Fl.) (the "Siemens action") are similar matters as described in Section 2.15.00 of the Court's Internal Operating Procedures. The instant action and the Siemens action are patent infringement actions involving the same plaintiff, the same patent, and similar infringing products. vTRAX submits that the disposition of these actions if heard by different judges would result in the unnecessary duplication of judicial labor. Thus, transfer of the instant action to Judge Ryskamp may be appropriate.

Respectfully submitted, this 10th day of February, 2010.

/s/ *David J. George*
David J. George
(Florida Bar No. 898570)
Robert J. Robbins
(Florida Bar No. 572233)

608832_1

- 2 -

**ROBBINS GELLER RUDMAN & DOWD, LLP**
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000 (telephone)
(561) 750-3364 (facsimile)
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com

John C. Herman
Georgia Bar No. 348370
Ryan K. Walsh
Georgia Bar No. 735190
Peter M. Jones
(*Pro Hac Vice Application Pending*)
Georgia Bar No. 402620
**ROBBINS GELLER RUDMAN & DOWD, LLP**
3424 Peachtree Street, N.E.
Suite 1650
Atlanta, Georgia 30326
(404) 504-6500 (telephone)
(404) 504-6501 (facsimile)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com
pjones@rgrdlaw.com

Stephen R. Risley
Georgia State Bar No. 606545
**SENTRY LAW GROUP**
Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone: (678) 346-7237
Facsimile: (770) 804-0900
Email: srisley@sentrylg.com

Attorneys for Plaintiff
vTRAX Technologies Licensing, Inc.

- 3 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

      /s/ *David J. George*
      David J. George